UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HOUK,<br><br>    Plaintiff,<br><br>    v.<br><br>BRYAN D. PHILLIPS, Warden, et al.,<br><br>    Defendants. | Case No.: 1:23-cv-01540-SKO (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANT ALVA FOLLOWING SCREENING**<br><br>**14-DAY OBJECTION PERIOD**<br><br>Clerk of the Court to Assign District Judge |

Plaintiff Stephen Houk is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.    INTRODUCTION**

Following screening of Plaintiff's first amended complaint, the Court found Plaintiff stated a plausible Eighth Amendment failure to protect claim against Defendant Alvarado-Torres; Plaintiff, however, failed to allege any other cognizable claim against any other defendant. (Doc. 8.) Plaintiff was directed to do one of the following: (1) notify the Court in writing that he did not wish to file a second amended complaint and was willing to proceed only on the Eighth Amendment failure to protect claim against Defendant Alvarado-Torres with the remaining claims against any defendant to be dismissed; (2) file a second amended complaint curing the deficiencies identified by the Court; or (3) file a notice of voluntary dismissal. (*Id*. at 8.)

On November 8, 2024, Plaintiff filed a notice stating he did not wish to file a second amended complaint and was "willing to proceed only on the Eighth Amendment failure to protect claim against Defendant Alvarado-Torres, the remaining claims against any defendant to be dismissed." (*See* Doc. 9.)

## II.      DISCUSSION

For the reasons set forth in the Court's Second Screening Order (Doc. 8) issued October 24, 2024, the Court will recommend that this action proceed only on Plaintiff's Eighth Amendment failure to protect claim against Defendant Alvarado-Torres, and that the remaining claims be dismissed.

## III.      CONCLUSION AND RECOMMENDATIONS

The Court **ORDERS** the Clerk of the Court to take the following actions:

1. Assign a district judge to this action;
2. Add S. Alvarado-Torres as a defendant to the docket for this action as Plaintiff's first amended complaint identifies this individual as a named defendant; and
3. Terminate Bryan D. Phillips, "CCL Inmate Counselor," and "Food Services Manager" as named defendants on the docket for this action as Plaintiff's first amended complaint does not name these individuals as defendants and asserts no claims against them.

Further, the Court **RECOMMENDS** that:

1. This action **PROCEED** *only* on Plaintiff's Eighth Amendment failure to protect claim against Defendant Alvarado-Torres;
2. Defendant Alva be **DISMISSED** from this action; and
3. Any remaining claims in Plaintiff's first amended complaint against any defendant be **DISMISSED.**

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). **Within 14 days** after being served with a copy of these Findings and Recommendations, a party may file written objections with the Court. Local Rule 304(b). The document should be captioned, "Objections to

2

Magistrate Judge's Findings and Recommendations" and **shall not exceed fifteen (15) pages** without leave of Court and good cause shown. The Court will not consider exhibits attached to the Objections. To the extent a party wishes to refer to any exhibit(s), the party should reference the exhibit in the record by its CM/ECF document and page number, when possible, or otherwise reference the exhibit with specificity. Any pages filed in excess of the fifteen (15) page limitation may be disregarded by the District Judge when reviewing these Findings and Recommendations under 28 U.S.C. § 636(b)(l)(C). A party's failure to file any objections within the specified time may result in the waiver of certain rights on appeal.  *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).

IT IS SO ORDERED.

Dated:     **November 12, 2024**                    /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE