1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  EASTERN DISTRICT OF CALIFORNIA
10

11  STEPHEN HOUK,

12        Plaintiff,

13     v.

14  BRYAN D. PHILLIPS, Warden, et al.,

15        Defendants.

16

Case No.: 1:23-cv-01540-JLT-SKO (PC)

**ORDER REFERRING CASE TO POST-SCREENING ADR AND STAYING CASE FOR 120 DAYS**

**FORTY-FIVE (45) DAY DEADLINE**

17    Plaintiff Stephen Houk is proceeding pro se and *in forma pauperis* in this civil rights
18  action pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's Eighth Amendment
19  failure to protect claim against Defendant Alvarado-Torres.
20    The Court refers all civil rights cases filed by pro se inmates to Alternative Dispute
21  Resolution ("ADR") to attempt to resolve such cases more expeditiously and less expensively.
22    The Court stays this action for 120 days to allow the parties to investigate Plaintiff's
23  claims, meet and confer, and participate in an early settlement conference. The Court presumes
24  that all post-screening civil rights cases assigned to the undersigned will proceed to a settlement
25  conference. However, if, after investigating Plaintiff's claims and meeting and conferring, either
26  party finds that a settlement conference would be a waste of resources, the party may opt out of
27  the early settlement conference.
28

Accordingly, it is hereby **ORDERED**:

1. This action is **STAYED** for **120 days** to allow the parties an opportunity to settle their dispute before the discovery process begins. No pleadings or motions may be filed in this case during the stay. The parties shall not engage in formal discovery, but they may engage in informal discovery to prepare for the settlement conference.

2. **Within 45 days** from the date of this Order, the parties **SHALL** file the attached notice, indicating their agreement to proceed to an early settlement conference or their belief that settlement is not achievable at this time.

3. **Within 60 days** from the date of this Order, defense counsel **SHALL** contact the undersigned's Courtroom Deputy Clerk at wkusamura@caed.uscourts.gov to schedule the settlement conference, assuming the parties agree to participate in an early settlement conference.

4. If the parties reach a settlement during the stay of this action, they SHALL file a Notice of Settlement as required by Local Rule 160.

5. The Clerk of the Court SHALL serve a copy of this Order to ADR Coordinator Sujean Park.

6. The parties must keep the Court informed of their current addresses during the stay and the pendency of this action. Changes of address must be reported promptly in a Notice of Change of Address. *See* L.R. 182(f).

IT IS SO ORDERED.

Dated: __**March 25, 2025**__         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

2