UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HOUK,<br><br>           Plaintiff,<br><br>    v.<br><br>BRYAN D. PHILLIPS, Warden, et al.,<br><br>           Defendants. | Case No.: 1:23-cv-01540-JLT-SKO (PC)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO LIFT THE STAY OF PROCEEDINGS**<br><br>(Doc. 27) |

    Plaintiff Stephen Houk is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's Eighth Amendment failure to protect claim against Defendant Alvarado-Torres.

**I.    BACKGROUND**

    On April 8, 2025, this Court issued its Amended Order Referring Case to Post-Screening ADR and Staying Case for 120 Days. (Doc. 20.)  After both parties indicated a willingness to participate in early ADR (Docs. 21 & 22), on June 5, 2025, Magistrate Judge Helena M. Barch-Kuchta issued an Order Setting Settlement Conference and Parameters (Doc. 24). A pre-settlement conference was set for July 2, 2025 (*id*. at 3 [10 a.m. for Plaintiff; 11 a.m. for Defendant]), and the settlement conference was set for July 8, 2025, at 10 a.m. (*id*. at 1). The Court also issued procedures regarding informal settlement negotiations and briefing due prior to the settlement conference (*id*. at 2-3). Plaintiff was served with the order that same date at his

1 | address on record with the Court.

2 | On June 6, 2025, the undersigned issued an Order & Writ of Habeas Corpus ad Testificandum regarding Plaintiff's appearance at the pre-settlement conference (Doc. 35), and a separate Order & Writ of Habeas Corpus ad Testificandum regarding Plaintiff's appearance at the settlement conference (Doc. 36). Both writs were served that same date: on the Warden at the San Quentin Rehabilitation Center via email and regular mail and on Plaintiff by mail at his address on record with the Court.

On June 20, 2025, Plaintiff filed a document titled "Request that Court Lift Stay to Allow Pleadings, Motions and Formal Discovery to Commence Immediately." (Doc. 27.)

## II.   DISCUSSION

Plaintiff's filing, although not signed,[1] was served by David S. Harrison on June 17, 2025. (Doc. 27 at 5.) Plaintiff states that "[t]wo weeks prior to expiration of this Court's 60 days deadline, Plaintiff did write to Defendant to inquire as to the arrangements-scheduling of the settlement conference." (*Id*. at 3.) Plaintiff attached as Exhibit A his letter addressed to defense counsel dated May 21, 2025. (*Id*. at 4.) Plaintiff asserts that "Defendant missed the 60 days deadline set by this Court, and has not provided any indication that she intends to proceed towards settlement discussions." (*Id*. at 3.) He asks the Court to lift the stay and to order that discovery commence. (*Id*.)  Plaintiff's request will be denied as Defendant has not missed any deadline.

As indicated by Judge Barch-Kuchta's June 5, 2025, Order Setting Settlement Conference and Parameters, and the undersigned's Orders & Writ of Habeas Corpus ad Testificandum of June 6, 2025, defense counsel has complied with the 60-day deadline by contacting "the undersigned's Courtroom Deputy Clerk [via email] to schedule the settlement conference." (*See* Doc. 20 at 2.)

In sum, the pre-settlement conference and settlement conference remain as set before Judge Barch-Kuchta on July 2, 2025, and July 8, 2025, respectively. There is no reason to lift the

---

[1] In the Conclusion beginning on page "3 of 4," Plaintiff asks the Court to lift the stay and to order that "formal discovery be allowed to commence immediately." The last line of page 3 reads: "Further, Plaintiff seeks such other relief as this Court." However, Plaintiff's filing is missing page "4 of 4" and therefore the concluding paragraph is incomplete, and the filing does not include Plaintiff's required signature.

previously imposed stay nor is it appropriate to issue a discovery and scheduling order at this stage of the proceedings.

### III.    CONCLUSION AND ORDER

For the foregoing reasons, the Court **HEREBY ORDERS** that Plaintiff's motion or request filed June 20, 2025 (Doc. 27) is **DENIED**.

IT IS SO ORDERED.

Dated:   **June 25, 2025**                         /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE

3